Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE HOTEL GROUP, INC.,<br><br>Defendant. | Case No: 2:18-cv-01875-JAM-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties stipulate and agree to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 12th day of September, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE

/s/ Cris Vaughan
Cris Vaughan
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE HOTEL GROUP, INC.,<br><br>Defendant. | Case No: 2:18-cv-01875-JAM-KJN<br><br>**[PROPOSED] ORDER** |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case with prejudice. Each party shall bear their own costs and fees.

DATED this 14th day of September, 2018.

_____
Judge of the U.S. District Court